IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) OSCAR SANCHEZ-MARTINEZ<br>2) ESTEVAN HERNANDEZ-CLAUDIO<br>3) CHARLES PIZARRO-GARCIA<br>4) OSCAR VALDES-GARCIA<br>5) ANTHONY GONZALEZ-VEGA<br>6) EMANUEL RODRIGUEZ-ISAAC<br>**7) WILMER NIEVES-CORREA**<br>Defendants | CRIMINAL 12-0036CCC |

**ORDER**

Having considered the Report and Recommendation filed on June 28, 2012 (**docket entry 242**) on a Rule 11 proceeding of defendant Wilmer Nieves-Correa (7) held before U.S. Magistrate Judge Marcos E. López on June 25, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. However, the Court will defer its decision on whether to accept the parties' Fed. R. Crim. P. 11(3)(1)(C) Plea Agreement until it reviews the Presentence Report, pursuant to Fed. R. Crim. P. 11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 25, 2013. The **sentencing hearing is set for October 1, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 16, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge